# Tiffany Caron

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Monday, January 11, 2016 7:47 PM |
| **To:** | Tiffany Caron |
| **Subject:** | U.S. Bankruptcy Court, Southern District of Georgia - Returned Mail Notice, In re: Mae F Harrison, Case Number: 11-41702, LWD, Ref: [p-90813161] |
| **Attachments:** | R_P411417023180W0203.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

January 11, 2016

From: United States Bankruptcy Court, Southern District of Georgia

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Mae F Harrison, Case Number 11-41702, LWD

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court</u>
<u>Savannah Courthouse</u>
<u>PO Box 8347</u>
<u>Savannah, GA 31412</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Frederick J. Hanna & Associates
1427 Roswell Road
Marietta GA 30062-3668

THE UPDATED ADDRESS IS:

Frederick J. Hanna + Associates
2253 Northwest Parkway
Marietta, GA 30067

_____    1-13-16
Signature of Debtor or Debtor's Attorney    Date

1